IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jay Billnitzer,        Case No. 3:23-cv-65

    Plaintiff

v.        Order

Cedar Fair, L.P., et al.,

    Defendants

On June 29, 2023, the parties indicated this case was settled. I ordered the parties to file a stipulated dismissal entry within 30 days of that date. But to date, no dismissal entry has been filed. In light of this, I now order that the docket be marked "settled and dismissed without prejudice." Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of this action shall supersede this Order. The Court retains jurisdiction to vacate this Order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. Alternatively, the Court retains jurisdiction to interpret or enforce, or both, the settlement agreement reached between the parties.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge